IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLEN LADD ,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

ORDER

Case No. 14-cv-256-bbc

    Petitioner Allen Ladd seeks a federal writ of habeas corpus pursuant to 28 U.S.C. § 2241 to challenge the validity of his sentence. He has neither paid the $5 filing fee nor requested leave to proceed without prepayment of fees in this habeas proceeding. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of fees no later than May 5, 2014. In the event that petitioner requests leave to proceed without prepayment of fees, he must submit a trust fund account statement for the six-month period immediately preceding the filing of his habeas corpus petition. See 28 U.S.C. § 1915(a)(2*); Longbehn v. United States*, 169 F.3d 1082 (7th Cir. 1999). The federal *in forma pauperis* statute does not permit a court to waive a prisoner's entire obligation to pay filing fees, but it does allow a qualifying individual to proceed without prepaying some or all of the filing fee. To determine whether petitioner qualifies as indigent, any motion for leave to proceed without prepayment of fees must include a certified copy of his inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately September 21, 2013 through the date of his petition, March 21, 2014.

If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment of fees before May 5, 2014, the court will assume that he wishes to withdraw this action voluntarily and will close this case without further notice.

## ORDER

IT IS ORDERED that:

1. No later than May 5, 2014, petitioner Allen Ladd shall pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of fees together with a certified copy of his inmate trust fund account statement for the six-month period from the date of the habeas petition (March 21, 2014 through at least September 21, 2013).

2. Petitioner is advised that, if he fails to comply as directed or show cause for his failure to do so, the court will assume that he does not wish to proceed and this case will be closed without further notice.

Entered this 11th day of April, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge