IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLEN LADD,

    Petitioner,                        JUDGMENT IN A CIVIL CASE

v.                                   Case No. 14-cv-256-bbc

UNITED STATES OF AMERICA,

    Respondent.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Allen Ladd for a writ of habeas corpus under 28 U.S.C. § 2241 for lack of jurisdiction.

| /s/ | 7/8/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |